

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2014

No. 04-14-00185-CR

**IN RE** Otto Ray **KIETZMAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
            Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice

On April 2, 2014, this court received a motion to withdraw as attorney of record from counsel appointed by the trial court to represent relator in the underlying criminal proceeding. The panel has considered the motion and it is DENIED WITHOUT PREJUDICE to filing a motion to withdraw in the trial court. *See* TEX. CODE CRIM. PROC. ANN. art. 26.04(j)(2) (West Supp. 2013).

It is so **ORDERED** on April 4th, 2014.            PER CURIAM

ATTESTED TO: _____
                  Keith E. Hottle
                  Clerk of Court



---

[1] This proceeding arises out of Cause No. 2013W0631, styled *The State of Texas v. Otto Ray Kietzman*, pending in the Criminal District Court, Magistrate Court, Bexar County, Texas, the Honorable Andrew Carruthers presiding.